CLOSED, SSD, STAYED

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00284-GPM-PMF

Fohne v. Pfizer, Inc.  
Assigned to: Chief Judge G. Patrick Murphy  
Referred to: Mag Judge Philip M. Frazier  
Case in other court: Madison, 07-L-310  
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/17/2007  
Date Terminated: 06/04/2007  
Jury Demand: Defendant  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Rita Fohne**                          represented by **Aaron K. Dickey**  
Goldenberg, Heller, et al.  
Generally Admitted  
2227 South State Route 157  
P.O. Box 959  
Edwardsville, IL 62025  
618-656-5150  
Fax: 618-656-6230  
Email: Aaron@gmhalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Pfizer, Inc.**                         represented by **Robert H. Shultz, Jr.**  
Heyl, Royster et al. - Edwardsville  
Generally Admitted  
103 West Vandalia Street  
P.O. Box 467  
Edwardsville, IL 62025  
618-656-4646  
Email: rshultz@hrva.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 118186. Documents may now be electronically filed. Case number 07-284-WDS must be placed on all documents prior to filing them electronically. (Attachments: # 1 notice to consent to trial by Magistrate Judge)(dkd ) (Entered: 04/17/2007) |
| | | |

| 04/18/2007 | 2 | NOTICE OF REMOVAL by Pfizer, Inc. from Madison County, Illinois, case number 07-L-310. ( Filing fee $ 350) (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet)(Shultz, Robert) (Entered: 04/18/2007) |
|---|---|---|
| 04/18/2007 | 3 | ANSWER to Complaint with Jury Demand by Pfizer, Inc..(Shultz, Robert) (Entered: 04/18/2007) |
| 04/19/2007 | 4 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 2 Notice of Removal filed by Pfizer, Inc.,. See attached document for specifics (dkd ) (Entered: 04/19/2007) |
| 04/26/2007 | 5 | MOTION to Stay *or Deferral of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding* by Pfizer, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Shultz, Robert) (Entered: 04/26/2007) |
| 05/02/2007 | 6 | ORDER OF RECUSAL. Judge William D. Stiehl recused. Case reassigned to Judge David R. Herndon for all further proceedings. Signed by Judge William D. Stiehl on 05/02/07. (jkb) (Entered: 05/02/2007) |
| 05/03/2007 | 7 | ORDER OF RECUSAL. Judge David R Herndon recused. Case reassigned to Judge G. Patrick Murphy for all further proceedings. Signed by Judge David R Herndon on 5/3/07. (pab ) (Entered: 05/03/2007) |
| 05/16/2007 | 8 | ORDER STAYING CASE: Plaintiff has not objected to the motion to stay proceedings. Therefore, the Court GRANTS 5 MOTION to Stay or Defer All Proceedings Pending Transfer to Multidistrict Litigation Proceeding filed by Pfizer, Inc., and STAYS this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation. Signed by Chief Judge G. Patrick Murphy on 5/16/2007. (ssd)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 05/16/2007) |
| 05/21/2007 | 9 | Corporate Disclosure Statement by Pfizer, Inc.. (Shultz, Robert) (Entered: 05/21/2007) |
| 05/25/2007 | 10 | PRELIMINARY CONDITIONAL TRANSFER ORDER (CTO-65) (Attachment: # 1 Cover Letter)(dmw) (Entered: 05/25/2007) |
| 06/04/2007 | 11 | CONDITIONAL TRANSFER ORDER (CTO-65) transferring action as to Betra and Celebrex to Northern District of California. (Attachments: # 1 Cover Letter)(lmb) (Entered: 06/12/2007) |
| 06/12/2007 | 12 | Transfer letter to Northern District of California (lmb) (Entered: 06/12/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/21/2007 14:30:54 |

| PACER Login: | ▬▬ | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:07-cv-00284-GPM-PMF |
| Billable Pages: | 2 | Cost: | 0.16 |